MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Facsimile:  (408) 535-5081
  E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00401 JF |
|     Plaintiff, | |
|     v. | STIPULATION TO CONTINUE SENTENCING; ORDER [PROPOSED] |
| THANH LE, | Date:  February 17, 2011 |
|     Defendant. | Time:  9:00 a.m. |
| | Before The Hon. Jeremy Fogel |

    The United States and defendant Thanh Le, through their respective counsel, hereby agree and stipulate as follows:

    **WHEREAS**,

    The parties would like to continue the sentencing date until Thursday, March 10, 2011, so as to allow the parties additional time to file sentencing memoranda;

    **IT IS THEREFORE STIPULATED AS FOLLOWS:**

    Sentencing for the above-named defendant should be put over until Thursday, March 10, 2011, at 9:00 a.m.

//

**STIPULATION AND ORDER**

1 | /s/

BENEDICT KOLLER, ESQ.
Counsel for Thanh Le
DATE: February 13, 2011

MELINDA HAAG
United States Attorney

/s/

DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: February 13, 2011

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that sentencing for the above-named defendant will take place on **Thursday, March 10, 2011, at 9:00 a.m.**, before The Honorable Jeremy Fogel, United States District Judge.

DATED: 2/14/11

THE HON. JEREMY FOGEL
United States District Judge

**STIPULATION AND ORDER** -2-